Decided April 15, 1998

## JERRY DALMASO *v.* DEPARTMENT OF MOTOR VEHICLES

The plaintiff's petition for certification for appeal from the Appellate Court, 47 Conn. App. 839 (AC 16660), is granted, limited to the following issue:

"Under the circumstances of this case, did the Appellate Court properly conclude that the plaintiff refused to take the blood alcohol test within the meaning of General Statutes § 14-227b (f) (3)?"

The Supreme Court docket number is SC 15911.

*Mark M. Wrenn*, in support of the petition.

*Robert L. Marconi*, assistant attorney general, in opposition.

Decided April 15, 1998

